USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CRISTIAN SANCHEZ,

                              Plaintiff,

          -against-

LITTLE ENGLISH,

                             Defendant.
----------------------------------------------------------------X

22-CV-4891 (JLR) (KHP)

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Settlement filed on December 28, 2022 (doc. no 16) the Initial Case Management Conference currently scheduled for **January 30, 2023** is hereby adjourned *sine die*.

**SO ORDERED.**

DATED:    New York, New York
              December 29, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge